IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BILLIE GENE BABER and AGNES JANET BABER,<br><br>    Plaintiffs,<br><br>vs.<br><br>SHELTER MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | No. CIV-20-384-C |

## J U D G M E N T

Upon consideration of the pleadings herein, the Court finds that Defendant's Motion for Summary Judgment should be granted, and judgment is therefore entered on behalf of Defendant and against Plaintiffs.

DATED this 18th day of January 2022.

ROBIN J. CAUTHRON
United States District Judge